# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 6D23-1797, 6D23-2439
CONSOLIDATED
Lower Tribunal No. 19-DR-003020

_____

JOSEPH FORMICA,

Appellant,

v.

THERESA FORMICA n/k/a THERESA VERGO,

Appellee,

and

THERESA VERGO,

Appellant/Cross-Appellee,

v.

JOSEPH FORMICA,

Appellee/Cross-Appellant.

_____

Appeal from the Circuit Court for Lee County.
John S. Carlin, Judge.

April 16, 2024

PER CURIAM.

AFFIRMED.

MIZE, BROWNLEE and GANNAM, JJ., concur.

John R. Gilhart, II, of Family First Legal Group, Naples, for Appellant/Cross-Appellee.

Michael M. Shemkus, of Long, Murphy & Zung, P.A., Naples, for Appellee/Cross-Appellant.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED